**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Earl Dean STIPE, Defendant–
Appellant.**

No. 07–30442.

United States Court of Appeals,
Ninth Circuit.

Submitted Jan. 13, 2009.*

Decided Jan. 26, 2009.

Timothy John Racicot, Assistant U.S., Office of the U.S. Attorney, Missoula, MT, for Plaintiff–Appellee.

Earl Dean Stipe, Seattle, WA, pro se.

Morgan Maxwell Modine, Modine Law Office, Missoula, MT, for Defendant–Appellant.

Before: O'SCANNLAIN, BYBEE and CALLAHAN, Circuit Judges.

MEMORANDUM **

Earl Dean Stipe appeals from his guilty-plea conviction and 18–month sentence for being a felon in possession of a firearm, in violation of 18 U.S.C. § 922(g)(1).

Pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), Stipe's counsel has filed a brief stating there are no grounds for relief,

along with a motion to withdraw as counsel of record. We have provided the appellant the opportunity to file a pro se supplemental brief. No pro se supplemental brief or answering brief has been filed.

Our independent review of the record pursuant to *Penson v. Ohio,* 488 U.S. 75, 80–81, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), discloses no arguable grounds for relief on direct appeal.

Accordingly, counsel's motion to withdraw is **GRANTED,** and the district court's judgment is **AFFIRMED.**

---

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.